| IP ADDRESS | ISP | DATE AND TIME |
| --- | --- | --- |
| 76.20.78.241 | Comcast Cable Communications | 8/13/2012 at 7:28:44 PM |
| 67.187.132.156 | Comcast Cable Communications | 7/26/2012 at 6:40:12 AM |
| 24.7.152.169 | Comcast Cable Communications | 7/27/2012 at 2:38:16 PM |
| 67.181.53.142 | Comcast Cable Communications | 7/25/2012 at 3:25:39 PM |
| 173.86.172.5 | Frontier Communications of America | 7/20/2012 at 5:12:51 PM |
| 64.234.70.159 | Northland Cable Television | 8/11/2012 at 12:49:40 AM |