Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD INT'L., INC., ) | **No. 2:12-cv-02631-LKK-KJN** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION FOR** |
| v. ) | **ADMINISTRATIVE RELIEF FOR LEAVE** |
| ) | **TO CONTINUE STATUS (PRETRIAL** |
| Does 1-6, ) | **SCHEDULING) CONFERENCE** |
| ) | |
| Defendants. ) | |

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR
LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

THIS CAUSE is before the Court upon Plaintiff's Motion for Administrative Relief for

Leave to Continue Status (Pretrial Scheduling) Conference. (ECF No. 8.)

THIS COURT has reviewed Plaintiff's Motion and the pertinent portions of the record. For

good cause appearing,

IT IS HEREBY ORDERED that the Status Conference currently scheduled for January 22,

2013 at 11:30 A.M. is CONTINUED to **May 28, 2013 at 11:30 A.M.**

IT IS SO ORDERED.

Per local rule 130(c):  Dated 1/8/2013                    /s/ Brett L. Gibbs

Dated: January 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT